## AFFIDAVIT OF SERVICE

| Case:<br>1:23-cv-2042-SDG | Court:<br>UNITED STATES DISTRICT COURT<br>for the NORTHERN DISTRICT OF GEORGIA | County: | Job:<br>9548882 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>JORDAN MCDUFFIE | | Defendant / Respondent:<br>ANTONIO VIVES, et al | |
| Received by:<br>Michael Rivers | | For:<br>Mitchell & Shapiro LLP | |
| To be served upon:<br>SIGNAL 88, LLC | | | |

I, Michael Rivers, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address:   SIGNAL 88, LLC, 2 Sun Ct Suite 400, Peachtree Corners, GA 30092
Manner of Service:          Registered Agent, Sep 12, 2023, 10:15 am EDT
Documents:                  Summons and First Amended Complaint

Additional Comments:
1) Successful Attempt: Sep 12, 2023, 10:15 am EDT at 2 Sun Ct Suite 400, Peachtree Corners, GA 30092 received by ALICIA SMITH at Corporation Service Company, for SIGNAL 88, LLC.

_____   9-18-23
Michael Rivers                    Date

Michael Rivers
3301 Buckeye Rd Suite 303
Atlanta, GA 30341
404-876-8098

Subscribed and sworn to before me by the affiant who is
personally known to me.

_____
Notary Public

_____
Date      9/18/23

Commission Expires

SEAL
NOTARY
EXPIRES
NOV 7, 2023
PUBLIC, GA
GWINNETT COUNTY