## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

JORDAN MCDUFFIE,

    Plaintiff,

        v.

WALMART, INC.,
WAL-MART STORES EAST, LP,
SIGNAL 88 FRANCHISE GROUP,
INC., SIGNAL 88, LLC, and
AMERIC SECURITY ENDEAVORS,
INC.,

    Defendants.

Civil Action No.:
1:23-CV-02042-SDG

## CERTIFICATE OF DISCOVERY/SERVICE

This is to certify that I have this day served a copy of **Defendant Americ Security Endeavors Responses to Plaintiff's First interrogatories and Requests for Production of Documents** via electronic statutory service and/or by depositing a true copy of same in the U.S. Mail, proper postage prepaid, and addressed to the following:

Zack Greenamyre, Esq.
Samantha Funt, Esq.
Mitchell Shapiro Greenamyre & Funt, LLP
881 Piedmont Avenue
Decatur, GA 30309
Zack@mitchellshapiro.com
Sam@mitchellshapiro.com

Max Marks, Esq.
The Block Firm, LLC
309 E. Paces Ferry Road, Suite 400
Atlanta, GA. 30305
Max.marks@blockfirmllc.com

1

Will Martin, Esq.
Garret W. Meader, Esq.
Leslie P. Becknell, Esq.
Drew Eckl & Farnham, LLP
303 Peachtree Street, Suite 3500
Atlanta, GA 30308

100 Main Street, Suite A
St. Simons Island, GA 31522
martinw@delaw.com
meaderg@deflaw.com
becknelll@deflaw.com

Christopher J. Watkins, Esq.
Dylan Magruder, Esq.
Hall Booth Smith, P.C.
2710 Old Milton Parkway, Suite 200
Alpharetta, GA 30009
cwatkins@hallboothsmith.com
dmagruder@hallboothsmith.com


This 8th day of March, 2024.

SCRUDDER, BASS, QUILLIAN, HORLOCK,
LAZARUS & ADELE LLP

/s/ Glenn S. Bass
Glenn S. Bass
Georgia Bar No. 041220
900 Circle 75 Parkway, Suite 850      Morgan B. Schroeder
Atlanta, Georgia  30339               Georgia Bar No. 186218
Telephone: (770) 612-9200             Attorneys for Defendants
gbass@scrudderbass.com
mschroeder@scrudderbass.com