# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JORDAN MCDUFFIE,<br><br>Plaintiff,<br><br>v.<br><br>WALMART, INC.,<br>WAL-MART STORES EAST, LP,<br>SIGNAL 88 FRANCHISE GROUP, INC.,<br>SIGNAL 88, LLC, and<br>AMERIC SECURITY ENDEAVORS, INC.,<br><br>Defendants. | Civil Action File No.:<br>1:23-CV-02042-SDG |

## NOTICE OF VIDEO DEPOSITIONS

Please take notice that Plaintiff, by and through the undersigned attorney, will take the following depositions:

    Date:         September 24, 2024
    Deponents:  **AmEric Security Endeavors, Inc.**
    Time:        10 a.m.
    Location:   900 Circle 75 Parkway
                    Suite 850
                    Atlanta, GA 30339

    Date:         October 4, 2024
    Deponents:  **Leferra Lindsey** and **Josh Williams**
    Time:        9 a.m. and 12 p.m. respectively
    Location:   881 Piedmont Ave NE
                    Atlanta, GA 30309

The deposition will be upon oral examination pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure. The deposition will continue from day to day until

completed. The deposition will be taken before a notary public or some officer duly authorized by law to administer oaths, and will be recorded by stenographic means. As an additional means of recording the depositions, and pursuant to Federal Rule of Civil Procedure 30(b)(3)(B), counsel for Plaintiffs will record the deponents' testimony audiovisually. AmEric Security Endeavors, Leferra Lindsey, and Josh Williams are required by this Notice to be present for the taking of this deposition at the above-mentioned locations.

    This the 19th day of September, 2024.

    MITCHELL SHAPIRO
GREENAMYRE & FUNT, LLP

*/s/ Zack Greenamyre*
Zack Greenamyre
Georgia Bar No. 293002
881 Piedmont Ave NE
Atlanta, GA 30309
zack@mitchellshapiro.com
sam@mitchellshapiro.com
Tel: 404-812-4747

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this date electronically filed the foregoing with the Clerk of the Court using the e-filing system which will automatically send email notification of such filing to all attorneys of record.

Submitted this 19th day of September, 2024.

*/s/ Zack Greenamyre*
Zack Greenamyre
Georgia Bar No. 293002